## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **VANDER COLTRANE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 4955 |
| | ) | |
| **MIDWEST COAST LOGISTICS, INC.** | ) | |
| and **ABDI J. FARAH**, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Vander Coltrane ("Coltrane") has sued Midwest Coast Logistics, Inc. ("Midwest") and

Abdi Farah ("Farah"), invoking diversity jurisdiction over a dispute stemming from a vehicular

collision on an interstate highway in Missouri (although Complaint ¶4 identifies Coltrane as a

resident of Columbia, Missouri, this Court assumes that he is a Missouri citizen as well).[1]  It is

clear that this action has nothing to do with Illinois except for Chicago being the asserted

principal place of Midwest's business (Complaint ¶3).  Indeed, no basis at all appears for

exercising personal jurisdiction over Farah, who is identified as an Ohio citizen in Complaint ¶2.

What is exceedingly plain is that even if (as may well be the case) the requisite diversity

of citizenship exists, 28 U.S.C. §1391(b) makes this judicial district an improper venue for this

---

[1]  Despite the mandate of Fed. R. Civ. P.  ("Rule") 8(a)(1), the Complaint is silent as to the grounds for federal subject matter jurisdiction.  For purposes of this memorandum order, this Court has indulged the charitable assumption that the case sounds in diversity.  Even that premise may be overly charitable, however, for as if to underscore the seeming unfamiliarity of Coltrane's counsel (a law firm officing in Corpus Christi, Texas) with federal practice, the ad damnum seeks "an amount in excess of $50,000 plus costs of suit," although the required amount in controversy for diversity jurisdiction is of course $75,000-plus.

lawsuit.  Coltrane's attorneys are given until July 13, 2012 to file a statement justifying the filing

of this action here, failing which this Court will dismiss both the Complaint and this action

(without prejudice, of course, to suit being filed in an appropriate situs elsewhere).


_____

Milton I. Shadur
Senior United States District Judge

Date:  June 26, 2012.